# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

U.S. DISTRICT COURT
SAVANNAH

2011 DEC 12 AM 10: 05

CLERK
SO. DIST. OF GA.

WILLIE A. EVANS,                    )
                                    )
    Plaintiff,              )
                                    )
v.                                  )
                                    )       Case No. CV611-111
GREEN TREE SERVICING,               )
LLC.,                               )
                                    )
    Defendant.              )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 12 day of Dec. , 2011.

**B. AVANT EDENFIELD**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**